REVISED NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                        Case No. 2:24-cr-102

Tyshan Murray

TAKE NOTICE that the above-entitled case has been rescheduled at 10:30 a.m. on Thursday, September 26, 2024 in Burlington, Vermont, before Honorable Judith G. Dein, Magistrate Judge, for an Arraignment.

Location: Courtroom 410                                  JEFFREY S. EATON, Clerk
*RESCHEDULED FROM 9/23/2024 at 11:00 a.m.*          By: */s/ Dylan R. Gaddes*
                                                                              Deputy Clerk
                                                                              9/20/2024

TO:

Andrew C. Gilman, AUSA

Barclay T. Johnson, AFPD